# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and twenty-two,

| | |
|---|---|
| SAM Party of New York and Michael J. Volpe,<br><br>   *Plaintiffs – Appellants*,<br><br>v.<br><br>Peter S. Kosinski, as the Co-Chair of the New York State Board of Elections, Douglas A. Kellner, as the Co-Chair of the New York State Board of Elections, Andrew J. Spano, as a Commissioner of the New York State Board of Elections, Todd D. Valentine, as Co-Executive Director of the New York State Board of Elections, Robert A. Brehm, as Co-Executive Director of the New York State Board of Elections,<br><br>   *Defendants – Appellees*,<br><br>Andrew Cuomo, as the Governor of the State of New York, Andrea Steward-Cousins, as the Temporary President and Majority Leader of the New York State Senate, John J. Flanagan, as the Minority Leader of the New York State Senate, Carl E. Heastie, as the Speaker of the New York State Assembly, Brian M. Kolb, as the Minority Leader of the New York State Assembly,<br><br>   *Defendants*. | **STIPULATION**<br><br>Docket No. 22-139 |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: April 12, 2022

By: /s/ Eric Alan Stone
    Eric Alan Stone

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Counsel for Plaintiffs – Appellants*

Date: April 12, 2022

By: *[signature]*
    Elliot Hallak

HARRIS BEACH PLLC
Suite 1101
677 Broadway
Albany, NY 12207
(518) 701-2748

*Counsel for Defendants – Appellees*