# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand twenty-two,

| | |
|---|---|
| SAM Party of New York, Michael J. Volpe, | **ORDER** |
| Plaintiff - Appellant | Docket No. 22-139 |

v.

Peter S. Kosinski, as the Co-Chair of the New York State Board of Elections, Douglas A. Kellner, as the Co-Chair of the New York State Board of Elections, Andrew J. Spano, as a Commissioner of the New York State Board of Elections, Todd D. Valentine, as Co-Executive Director of the New York State Board of Elections, Robert A. Brehm, as Co-Executive Director of the New York State Board of Elections,

    Defendants - Appellees,

Andrew Cuomo, as the Governor of the State of New York, Andrea Stewart-Cousins, as the Temporary President and Majority Leader of the New York State Senate, John J. Flanagan, as the Minority Leader of the New York State Senate, Carl E. Heastie, as the Speaker of the New York State Assembly, Brian M. Kolb, as the Minority Leader of the New York State Assembly,

    Defendants.

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

